UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA BLACKLOCK,

    Plaintiff,

v.                                             Case No: 6:18-cv-1949-Orl-28TBS

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

## ORDER

This case comes before the Court without a hearing on Plaintiff's Motion for Extension of Time to Serve Defendant (Doc. 7). Federal Rule of Civil Procedure 4(m) provides that absent good cause, an action should be dismissed without prejudice if service is not made within 90 days after the complaint is filed. The rule also gives the Court authority to extend the time within to effect service of process.

As grounds for the requested extension Plaintiff alleges that she "has retained a process server company but service of process has not been effectuated. Plaintiff has also attempted to obtain a waiver of service from Defendant but has been unsuccessful." (Id., at 1). These representations do not establish good cause. At a minimum the Court should be told when the original summons was issued by the Clerk; when it was placed in the hands of the process server; and the details of each attempt the process server has made to serve Defendant.

Experience suggests the identity of Defendant's registered agent for service of process is easily obtained and that the registered agent will be easy to locate. If the Court

is wrong, Plaintiff should correct it, alternatively, Plaintiff should explain how and why she finds herself in this situation. Until then, the motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties